THE PEOPLE OF THE STATE OF NEW YORK ex rel. GENERAL ALLIANCE CORPORATION, Respondent, against STATE TAX COMMISSION et al., Appellants.

Argued January 20, 1941; decided February 27, 1941.

*John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for appellants.
*Warren W. Cunningham* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Taking no part: CONWAY, J.